

# Fourth Court of Appeals
## San Antonio, Texas

October 5, 2020

No. 04-20-00346-CV

**IN THE INTEREST OF J.V.O. AND J.R.O.,**

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-02697
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

We order appellant to file, no later than October 16, 2020, proof that he has paid the sums due to the court reporters pursuant to the Rule 11 agreement signed by counsel and filed in this court on October 1, 2020. If appellant fails to show such proof within the time provided, appellant's brief will be due November 16, 2020, and the court will only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. See TEX. R. APP. P. 37.3(c).

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of October, 2020.

_Michael A. Cruz_
MICHAEL A. CRUZ,
Clerk of Court